AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ROBERT A. SMITH,

      Petitioner,    JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER**:**  **3:15-cv-00234-MMD-VPC**

RENEE BAKER, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (ECF No. 7) is denied. It is further ordered that petitioner is denied a certificate of appealability.

  August 29, 2016                            **LANCE S. WILSON**
                                                     Clerk

                                                    /s/ D. R. Morgan
                                                      Deputy Clerk